United States District Court
Southern District of Texas
**ENTERED**
October 27, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| M.A.M.H., <br>    "Petitioner," <br><br> v. <br><br> KRISTI NOEM, *Secretary of the United States Department of Homeland Security*, et al., <br>    "Respondents." | Civil Action No. 1:25-cv-00240 |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Ex Parte Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 5) ("Motion for TRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to Petitioner's Motion for TRO by **November 6, 2025 at 5 p.m**. CST. In this response, Respondents must identify their statutory authority for detaining Petitioner and explain how, if at all, § 1225(b)(2) applies to Petitioner.

Signed on October 27, 2025.

_____
Rolando Olvera
United States District Judge