United States District Court
Southern District of Texas

**ENTERED**

February 12, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

M.A.M.H.,                                          §
   "Petitioner,"                      §
                                        §
v.                                                 §   Civil Action No. 1:25-cv-00240
                                        §
KRISTI NOEM, *Secretary of the United States*      §
*Department of Homeland Security*, et al.,         §
   "Respondents."                      §

## ORDER

This Court previously granted Petitioner's habeas petition in part and declined to close this case before receiving a status report from Respondents. Dkt. No. 21. Because that report has been submitted, Dkt. No. 22, the Clerk of the Court is hereby **ORDERED** to close this case.

Signed on  February 12, 2026.

Rolando Olvera
United States District Judge

1 / 1